396 A.2d 833

Hansel, Appellant, v. Hansel et al.

Argued October 24, 1978. Joseph Colavecchi, for appellant; James A. Naddeo, for appellees.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.

396 A.2d 834

Hatalowich, et ux., Appellants, v. Bednarski et al.

Argued October 24, 1978. Salvatore F. Panepinto, for appellants; W. D. Phillips, for appellees, Olesh, Strawberry, and Warman & Warman Broadcasting Co.; No appearance entered nor briefs submitted for appellees, Bednarski and Hunchuck.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.